# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | Civil Action No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PALO ALTO NETWORKS, INC.<br><br>Defendant. | Civil Action No. 2:23-cv-00113-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Palo Alto Networks hereby notifies the Court that it has served its Proposed Terms and Claim Elements for Construction on all counsel of record via electronic mail on April 21, 2023.

Dated:  April 25, 2023    Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

1

        Kelly C. Hunsaker
        KHunsaker@winston.com
        California Bar No. 168307
        Michael R. Rueckheim
        Texas  Bar No. 24081129
        MRueckheim@winston.com
        Eimeric Reig-Plessis
        EReigPlessis@winston.com
        California Bar No. 321273
        WINSTON & STRAWN LLP
        255 Shoreline Drive, Suite 520
        Redwood City, CA 94065
        Telephone: (650) 858-6500
        Facsimile: (650) 858-6550

*Attorneys for Defendant Palo Alto Networks, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2023, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Melissa R. Smith*
        Melissa R. Smith