### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | Civil Action No. 2:22-md-03042-JRG<br><br>**JURY TRIAL DEMANDED** |
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PALO ALTO NETWORKS, INC.<br><br>Defendant. | Civil Action No. 2:23-cv-00113-JRG<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF COMPLIANCE

Defendant Palo Alto Networks hereby notifies the Court that it has served its Patent L.R. 3-3 Invalidity Contentions and Subject Matter Ineligibility Contentions on all counsel of record via electronic mail on April 29, 2023.

Dated:  May 1, 2023                              Respectfully submitted,

/s/ Melissa R. Smith
Melissa Richards Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

1

        Kelly C. Hunsaker
KHunsaker@winston.com
California Bar No. 168307
Michael R. Rueckheim
Texas  Bar No. 24081129
MRueckheim@winston.com
Eimeric Reig-Plessis
EReigPlessis@winston.com
California Bar No. 321273
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

*Attorneys for Defendant Palo Alto Networks, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2023, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Melissa R. Smith*
        Melissa R. Smith