# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CASE NO. 2:23-CV-00113-JRG | |

| | |
|---|---|
| TAASERA LICENSING LLC § § § § § § § § | CASE NO. 2:23-cv-00113-JRG |
| v. | |
| PALO ALTO NETWORKS, INC. | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Palo Alto Networks, Inc. ("PAN"). (Dkt. No. 337.) In the Motion, the parties represent that they have settled their respective claims in this action. (*Id.* at 1.) The parties therefore request that all claims brought by Taasera against PAN be dismissed with prejudice, and that all claims and defenses asserted by PAN be dismissed without prejudice. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims brought by Taasera against PAN in Case No. 2:23-cv-00113-JRG be dismissed **WITH PREJUDICE**, and that all claims and defenses asserted by PAN in this case be dismissed **WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in Case No. 2:22-cv-00113-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Case No. 2:22-cv-00113-JRG as no parties or claims remain. The Clerk of Court is further directed to **MAINTAIN AS OPEN** Case No. 2:22-md-03042-JRG in light of the remaining parties and claims.

**So ORDERED and SIGNED this 14th day of December, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE